IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Martin Samaan,<br><br>      Petitioner,<br><br>vs.<br><br>Daria Samaan,<br><br>      Respondent. | Civil Action No. 3:23-cv-00878-GCM |

**Order Unsealing Case**

Upon consideration of the Petitioner's Motion to Unseal (ECF No. 10) and for good cause shown, the motion is hereby granted. The Clerk shall unseal the filings in this case that were previously sealed pending service of process.

Signed: December 28, 2023

Graham C. Mullen
United States District Judge