IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE **DIVISION**
**CIVIL ACTION NO.** 3:23-CV-00878-GCM

MARTIN SAMAAN**,**

       **Plaintiffs,**

v.

DARIA SAMAAN**,**

       **Defendants.**

<u>**FINAL PRETRIAL ORDER**</u>

**THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.** This case is set for trial on **March 25, 2024, at 10:00 a.m.** The parties are hereby directed as follows:

1. **By March 11, 2024, at 12:00 p.m. the parties are required:**

    (a) To discuss the possibility of settlement.

    (b) To exchange all items as agreed in the parties' Status Report and Joint Stipulation as to Factual and Procedural Issues for Trial (Doc. No. 17).

    (c) To agree to the extent possible on the authenticity of exhibits.

    (d) To file a trial brief and a joint statement of the issues remaining for trial.

    (e) To file proposed findings of fact and conclusions of law in all non-jury matters.

2. You will be expected to comply with the provisions of the pretrial order regarding trial preparation. **COUNSEL ARE NOTIFIED THAT FAILURE TO COMPLY WITH DEADLINES WILL RESULT IN SANCTIONS**.

3. Counsel must subpoena all witnesses at least ten (10) business days before the trial date. The Court may elect not to enforce subpoenas that have not been issued in compliance with this deadline or, if requested, may quash subpoenas that have not been issued in compliance with this deadline.

4. When presenting judgments or orders for the trial judge's signature, you are required to submit them in Microsoft Word via CyberClerk.

5. Exhibits: Parties are expected to use presentation technology available in the courtroom to display evidence to the jury in accordance with Local Rule 79.1(a).

6. If you have or discover a serious objection to trial which you think ought to result in a postponement, please file your motion to continue.

**SO ORDERED**.

Signed: February 29, 2024

Graham C. Mullen
United States District Judge